DARIEN K. WALLACE (Bar No. 139798)
T. LESTER WALLACE (Bar No. 159967)
SILICON EDGE LAW GROUP LLP
6601 Koll Center Parkway, Suite 245
Pleasanton, California 94566
Darien@SiliconEdgeLaw.com
Telephone: (925) 621-2121
Facsimile: (925) 621-2119

Attorneys for Plaintiff
HOLZ LTD.

KENNETH B. WILSON, State Bar No. 130009
(kwilson@perkinscoie.com)
K. C. ALLAN, State Bar No. 231866
(kallan@perkinscoie.com)
PERKINS COIE LLP
180 Townsend Street, 3rd Floor
San Francisco, California 94107-1909
Phone: (415) 344-7000
Facsimile: (415) 344-7050

Attorneys for Defendants
ROBERT JAMES KASHA d/b/a
BIG BAND DISTRIBUTION and
JEFF MOELLER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| HOLZ LTD., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT JAMES KASHA ET AL <br><br> Defendants. | CASE NO. CO5-00244 BZ <br><br> **STIPULATION AND [~~PROPOSED~~] SCHEDULING ORDER** <br><br> **The Honorable Bernard Zimmerman** |

Plaintiff Holz Ltd. ("Holz") and Defendants Robert James Kasha, d/b/a Big Bang Distribution, and Jeff Moeller (collectively, "Defendants") jointly submit this Stipulation

and [Proposed] Scheduling Order. The parties propose the following deadlines and court dates for the instant case.

Holz will serve its Pat. L.R. 3-1 Preliminary Infringement Contentions and its Pat. L.R. 3-2 document production by June 20, 2005. Defendants will serve their Patent L.R. 3-3 Preliminary Invalidity Contentions and Pat. L.R. 3-4 document production by August 4, 2005. The parties will exchange Proposed Terms and Claim Elements for Construction under Pat. L.R. 4-1 by August 18, 2005. The parties will exchange Preliminary Claim Constructions and Extrinsic Evidence under Pat. L.R. 4-2 by September 7, 2005. The last day to file motions to add parties or amend the pleadings is September 28, 2005. The parties will file Joint Claim Construction and Prehearing Statements under Pat. L.R. 4-3 by October 3, 2005. Claim construction discovery, including experts under Pat. L.R. 4-4, will be completed by November 2, 2005. Holz will file its Opening Claim Construction Brief by November 17, 2005. The defendants will file their Responsive Claim Construction Brief by December 1, 2005. Holz will file its Reply Claim Construction Brief by December 12, 2005. The Claim Construction Prehearing Conference under Pat. L.R. 2-1(a)(5) will be held on December 12, 2005, at 4:00 p.m. The Claim Construction Hearing (Markman Hearing) will be held on January 18, 2006. The parties reserve the right to provide live testimony at the Claim Construction Hearing should the Court prefer such testimony. However, the parties do not anticipate the need for live testimony at the Claim Construction Hearing. Holz will present first at the Claim Construction Hearing; Defendants will present their response second.

Fact discovery will be completed within 45 days after the ruling in the Markman Hearing. Holz will serve its Pat. L.R. 3-6(a) Final Infringement Contentions within 30 days after the Markman ruling. The defendants will serve their Pat. L.R. 3-6(b) Final Invalidity Contentions and their Pat. L.R. 3-8 willfulness document production within 50 days after the Markman ruling. The parties will serve expert reports on issues for which a party bears the burden of proof under FRCiv.P 26(a)(2) within 60 days after the Markman ruling. The parties will serve rebuttal expert reports within 30 days after service of the expert reports.

STIPULATION AND [PROPOSED]
SCHEDULING ORDER                                2                         Case No. C05-00244 BZ

1. Expert discovery will be closed within 30 days after service of the rebuttal expert reports.
2. The last day to ~~file~~ HEAR dispositive motions is September 6, 2006. The Pretrial Conference will
3. be held on October 10, 2006, at 4:00 p.m. The trial by jury will begin on October 30, 2006,
4. at 8:30 a.m. The Court has reserved five (5) court days, inclusive of jury selection and
5. summations.

Dated: June 7, 2005          By:   /s/ Darien K. Wallace

Darien K. Wallace (State Bar No. 139798)
T. Lester Wallace (State Bar No. 159967)
SILICON EDGE LAW GROUP LLP
6601 Koll Center Parkway, Suite 245
Pleasanton, California 94566
Telephone:   925-621-2121
Facsimile:   925-621-2119
Darien@SiliconEdgeLaw.com

Attorneys for Plaintiff
HOLZ, INC.

Dated: June 7, 2005          By:   /s/ K. C. Allan

K. C. ALLAN, State Bar No. 231866
PERKINS COIE LLP
180 Townsend Street, 3rd Floor
San Francisco, CA 94107
Telephone:   (415) 344-7000
Facsimile:   (415) 344-7050
KAllan@perkinscoie.com

Attorneys for Defendants
ROBERT JAMES KASHA d/b/a
BIG BAND DISTRIBUTION and
JEFF MOELLER

*please post*

STIPULATION AND [PROPOSED]
SCHEDULING ORDER                    3                    Case No. C05-00244 BZ

**CERTIFICATION OF ATTORNEY PERMISSION**

The undersigned declares that concurrence in the filing of this document has been obtained from K. C. Allan.

Dated: __June 7, 2005__     By:     __/s/ Darien K. Wallace__
                                    Darien K. Wallace
                                    Attorney for Plaintiff
                                    HOLZ, INC.


**ORDER** — _As Amended_

The Proposed Scheduling Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order.

Dated: June __7__, 2005     _[signature]_

                            Honorable Bernard Zimmerman
                            United States Magistrate Judge