KENNETH B. WILSON, State Bar No. 130009
kwilson@perkinscoie.com
STEPHANIE SHANBERG, State Bar No. 206717
sshanberg@perkinscoie.com
K.C. ALLAN, State Bar No. 231866
kallan@perkinscoie.com
PERKINS COIE LLP
180 Townsend Street, Third Floor
San Francisco, California 94107-1909
Telephone:    (415) 344-7000
Facsimile:     (415) 344-7050

Attorneys for Defendants
ROBERT JAMES KASHA d/b/a BIG BANK
DISTRIBUTION and JEFF MOELLER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| HOLZ LTD.<br><br>                    Plaintiff,<br><br> ROBERT JAMES KASHA, JEFF MOELLER, *et al.*<br><br>                    Defendants. | Case No. C05-00244 BZ<br><br>**ORDER GRANTING BIG BANG'S MOTION TO CHANGE TIME OF HEARING FOR PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:<br>Time:<br>Courtroom:    G, 15th Floor<br>Before:           Hon. Bernard Zimmerman |

On October 18, 2005, Defendants Robert James Kasha d/b/a Big Bang Distribution and Jeff Moeller (collectively "Defendants") moved to change the time of the hearing for plaintiff's motion for summary judgment in this Court before the Honorable Bernard Zimmerman. After considering the materials presented, and good cause appearing.

1     IT IS HEREBY ORDERED that Defendants' motion is granted.  Plaintiff's Motion for
2 Summary Judgment of Induced of Claim 9 shall be continued to November 9, 2005.

4 Dated:  October 24, 2005           _____
                                     Hon. Bernard Zimmerman
5                                      United States Magistrate Judge

6   NOTE:  **The briefing schedules on all motions remains the same**.

8 Presented by:

9 **PERKINS COIE LLP**

11                /s/
         Kenneth B. Wilson

13 Attorneys for Defendants
ROBERT JAMES KASHA d/b/a BIG BANG
DISTRIBUTION and JEFF MOELLER

26 [PROPOSED]
27 ORDER GRANTING BIG BANG'S MOTION TO CHANGE
TIME OF HEARING FOR PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT
28 Case No. C05-00244 BZ