DARIEN K. WALLACE (Bar No. 139798)
T. LESTER WALLACE (Bar No. 159967)
SILICON EDGE LAW GROUP LLP
6601 Koll Center Parkway, Suite 245
Pleasanton, California 94566
e-mail: Darien@SiliconEdgeLaw.com
Telephone: 925-621-2121
Facsimile: 925-621-2119

Attorneys for Plaintiff
HOLZ LTD.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| HOLZ LTD., <br><br> Plaintiff, <br> v. <br> ROBERT JAMES KASHA ET AL <br><br> Defendants. | Case No.: C05-00244 BZ <br><br> [PROPOSED] ORDER GRANTING HOLZ'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL DECLARATION IN SUPPORT OF HOLZ'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF STANDING <br><br> Judge: Hon. Bernard Zimmerman |

On November 2, 2005, plaintiff Holz Ltd. ("Holz") brought a Motion for Administrative Relief requesting leave to file a supplemental declaration in support of Holz's Opposition to Defendants' Motion to Dismiss for Lack of Standing. The proposed Supplemental Declaration was lodged along with Holz's Motion for Administrative Relief.

IT IS HEREBY ORDERED that Holz is granted leave to file the Supplemental Declaration of Darien Wallace in support of Holz's Opposition to Defendants' Motion to Dismiss all Claims Brought by Holz Ltd. for Lack of Standing.

IT IS SO ORDERED.

Dated: November 7, 2005

A supplemental reply may be filed by 5 p.m., Nov. 8, 2005.

The Honorable Bernard Zimmerman
United Stated Magistrate Judge

*IT IS SO ORDERED — Judge Bernard Zimmerman (seal)*

[PROPOSED] ORDER GRANTING HOLZ'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL DECLARATION IN SUPPORT OF HOLZ'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

1

Case No. C05-00244 BZ