UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLZ LTD. | ) |
| Plaintiff(s), | ) No. C05-0244 BZ |
| v. | ) **DISCOVERY ORDER** |
| ROBERT JAMES KASHA, et al., | ) |
| Defendant(s). | ) |

Following the telephonic discovery conference, **IT IS HEREBY ORDERED** that the parties meet and confer to try to resolve the discovery disputes described in their letters to the court, dated **January 23, 2006** and **January 27, 2006**, in accordance with the views expressed by the court.  If the disputes cannot be resolved, the plaintiff is granted leave to file appropriate motions by **February 10, 2006**.  Any opposition shall be filed by **February 17, 2006** and any reply shall be filed by **February 22, 2006**.  The court will schedule a hearing if it concludes one is needed.

Dated:   February 2, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\HOLZ\DISCOVERY.ORD.wpd

1