1  KENNETH B. WILSON, State Bar No. 130009
   kwilson@perkinscoie.com
2  STEFANI E. SHANBERG, State Bar No. 206717
   sshanberg@perkinscoie.com
3  K.C. ALLAN, State Bar No. 231866
   kallan@perkinscoie.com
4  PERKINS COIE LLP
   180 Townsend Street, Third Floor
5  San Francisco, California 94107-1909
   Telephone:   (415) 344-7000
6  Facsimile:    (415) 344-7050

7  Attorneys for Defendants
   ROBERT JAMES KASHA d/b/a BIG BANG
8  DISTRIBUTION and JEFF MOELLER

9
   DARIEN K. WALLACE, State Bar No. 139798
10   darien@siliconedgelaw.com
   T. LESTER WALLACE, State Bar No. 159967
11   lester@siliconedgelaw.com
   SILICON EDGE LAW GROUP LLP
12 6601 Koll Center Parkway, Suite 25
   Pleasanton, California 94566
13 Telephone:   (925) 621-2121
   Facsimile:    (925) 621-2119
14
   Attorneys for Plaintiff
15 HOLZ LTD.

16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                         SAN FRANCISCO DIVISION

20 | HOLZ LTD.,                           | Case No. C05-00244 BZ
21 |         Plaintiff,                   |
22 |      v.                              | **JOINT STIPULATION EXTENDING CLOSE OF FACT DISCOVERY**
23 | ROBERT JAMES KASHA, JEFF             |
   | MOELLER, et al.                      |
24 |                                      |
   |         Defendants.                  |
25

26      IT IS HEREBY STIPULATED BY THE PARTIES that the close of fact discovery shall be

27 extended from March 6, 2006, to March 15, 2006.

28

JOINT STIPULATION EXTENDING CLOSE OF FACT
DISCOVERY                                                           BY060540.112
CASE No. C05-00244 BZ

| | | |
|---|---|---|
| 1 | DATED: March 1, 2006 | **PERKINS COIE LLP** |
| 2 | | |
| 3 | | By _____/s/_____<br>K. C. Allan |
| 4 | | Attorneys for Defendants<br>ROBERT JAMES KASHA d/b/a BIG BANG |
| 5 | | DISTRIBUTION and JEFF MOELLER |

DATED: March 1, 2006              **SILICON EDGE LAW GROUP LLP**

By _____/s/_____
Darien Wallace

Attorneys for Plaintiff
HOLZ LTD.

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. *all other dates remain the same*

DATED this 2 day of March, 2006.

The Honorable Bernard Zimmerman
United States Magistrate Judge

- 2 -

JOINT STIPULATION EXTENDING CLOSE OF FACT
DISCOVERY
CASE No. C05-00244 BZ

BY060540.112