1  DARIEN K. WALLACE (Bar No. 139798)
     darien@siliconedgelaw.com
2  T. LESTER WALLACE (Bar No. 159967)
     lester@siliconedgelaw.com
3  SILICON EDGE LAW GROUP LLP
   6601 Koll Center Parkway, Suite 245
4  Pleasanton, California 94566
5  Telephone: (925) 621-2121
   Facsimile: (925) 621-2119
6
7  Attorneys for Plaintiff
   HOLZ LTD.
8
9  KENNETH B. WILSON, State Bar No. 130009
     kwilson@perkinscoie.com
   STEFANIE E. SHANBERG, State Bar No. 206717
10   sshanberg@perkinscoie.com
   K. C. ALLAN, State Bar No. 231866
11   kallan@perkinscoie.com
   PERKINS COIE LLP
12 180 Townsend Street, 3rd Floor
   San Francisco, California 94107-1909
13 Phone:     (415) 344-7000
   Facsimile: (415) 344-7050
14
   Attorneys for Defendants
15 ROBERT JAMES KASHA d/b/a BIG
   BANG DISTRIBUTION and JEFF MOELLER
16

17              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
18                  SAN FRANCISCO DIVISION

19 
   HOLZ LTD.,                              CASE NO. CO5-00244 BZ
20
                   Plaintiff,              **SECOND JOINT STIPULATION
21                                         EXTENDING CLOSE OF FACT
        v.                                 DISCOVERY**
22
   ROBERT JAMES KASHA, JEFF
23 MOELLER, et al.
                                           **The Honorable Bernard Zimmerman**
24                 Defendants.

25

26     IT IS HEREBY STIPULATED BY THE PARTIES that the close of fact discovery

27 shall be extended from March 15, 2006, until March 31, 2006, for the sole purpose of

28 obtaining discovery from W. Norman Roth.

SECOND JOINT STIPULATION EXTENDING                         Case No. C05-00244 BZ
CLOSE OF FACT DISCOVERY            1

| | | | |
|---|---|---|---|
| 1 | Dated: March 9, 2006 | By: | /s/ Darien K. Wallace |
| 2 | | | |
| 3 | | | Darien K. Wallace (State Bar No. 139798) |
| | | | T. Lester Wallace (State Bar No. 159967) |
| 4 | | | SILICON EDGE LAW GROUP LLP |
| | | | 6601 Koll Center Parkway, Suite 245 |
| 5 | | | Pleasanton, California 94566 |
| | | | Telephone: 925-621-2121 |
| 6 | | | Facsimile: 925-621-2119 |
| | | | Darien@SiliconEdgeLaw.com |
| 7 | | | |
| 8 | | | Attorneys for Plaintiff, HOLZ, INC. |
| 9 | Dated: March 9, 2006 | By: | /s/ K. C. Allan |
| 10 | | | |
| | | | K. C. ALLAN, State Bar No. 231866 |
| 11 | | | PERKINS COIE LLP |
| | | | 180 Townsend Street, 3rd Floor |
| 12 | | | San Francisco, CA 94107 |
| | | | Telephone: (415) 344-7000 |
| 13 | | | Facsimile: (415) 344-7050 |
| | | | KAllan@perkinscoie.com |
| 14 | | | |
| 15 | | | Attorneys for Defendants, ROBERT JAMES KASHA d/b/a BIG BANG DISTRIBUTION and JEFF MOELLER |
| 16 | | | |

**CERTIFICATION OF ATTORNEY PERMISSION**

The undersigned declares that concurrence in the filing of this document has been obtained from K. C. Allan.

Dated: March 9, 2006    By:    /s/ Darien K. Wallace
                               Darien K. Wallace
                               Attorney for Plaintiff, HOLZ, INC.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. ALL OTHER DATES REMAIN.

DATED this 9th day of March, 2006    _____
                                       Honorable Bernard Zimmerman
                                       United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Bernard Zimmerman*
[Seal: United States District Court, Northern District of California]

SECOND JOINT STIPULATION EXTENDING
CLOSE OF FACT DISCOVERY                2                        Case No. C05-00244 BZ