1  DARIEN K. WALLACE (Bar No. 139798)
2  T. LESTER WALLACE (Bar No. 159967)
   SILICON EDGE LAW GROUP LLP
3  6601 Koll Center Parkway, Suite 245
   Pleasanton, California 94566
4  e-mail: Darien@SiliconEdgeLaw.com
   Telephone:   925-621-2121
5  Facsimile:   925-621-2119

6  Attorneys for Plaintiff
7  HOLZ LTD.

8                       UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF CALIFORNIA
9                           SAN FRANCISCO DIVISION

10

11                                        )   Case No.: C05-00244 BZ
    HOLZ LTD.,                            )
12                                        )   **[PROPOSED] ORDER GRANTING**
                        Plaintiff,        )   **HOLZ'S ADMINISTRATIVE**
13           v.                           )   **MOTION FOR LEAVE TO FILE**
                                          )   **DOCUMENTS UNDER SEAL**
14  ROBERT JAMES KASHA ET AL              )
15                                        )
                        Defendants.       )
16                                        )   Honorable Bernard Zimmerman
                                          )
17  _____ )

18

19

20

21

22       Pursuant to Civil Local Rules 7-11 and 79-5(d), plaintiff Holz Ltd. has filed an Admini-

23  strative Motion for Leave to File Documents Under Seal.  Information from the confidential

24  deposition of defendant Robert James Kasha is contained in (i) portions of Holz's Notice of

25  Motion, Motion and Memorandum in Support of Motion to Extend Discovery Cutoff (the

26  "Motion to Extend"), (ii) portions of the Declaration of Darien Wallace in Support of Holz's

27  Motion to Extend Discovery Cutoff ("Wallace Declaration"), and (iii) portions of the

28  [Proposed] Order Granting Holz's Motion to Extend Discovery Cutoff ("Proposed Order").

Good cause having been shown, the Court GRANTS the motion and directs the Motion to Extend, the Wallace Declaration and the Proposed Order to be filed under seal.

IT IS SO ORDERED.

Dated: __March 16__, 2006



DENIED
Judge Bernard Zimmerman

**SEE LOCAL RULE 79-5(b)**

[PROPOSED] ORDER GRANTING HOLZ'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

2

Case No. C05-00244 BZ