UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HOLZ LTD. | ) | |
| | ) | |
| Plaintiff(s), | ) | No. C05-0244 BZ |
| | ) | |
| v. | ) | **ORDER ON PLAINTIFF'S MOTION TO EXTEND DISCOVERY** |
| | ) | |
| ROBERT JAMES KASHA, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

In its motion to compel [docket # 76], plaintiff requested an extension of the close of fact discovery to depose the custodian of purported prior art, which defendants have not opposed. Plaintiff also filed a motion to extend the close of discovery to depose Robert Fong, as counsel who gave an opinion on which defendants intend to rely as part of their defense to a claim of willful infringement [docket # 86]. Defendants have filed a statement of non-opposition to plaintiff's motion. Having read plaintiff's motion, I see no need for further briefing or a hearing. **IT IS HEREBY ORDERED** that plaintiff's request to extend the close of discovery to depose the custodian of purported prior art and its motion to

1

extend discovery cutoff to depose Robert Fong are **GRANTED**. The depositions shall take place by **March 27, 2006**.

Dated:  March 15, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\HOLZ\DISC.EXTEND.ORD.wpd

2