UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HOLZ LTD. | ) | |
| Plaintiff(s), | ) | No. C05-0244 BZ |
| v. | ) | **NOTICE OF TENTATIVE RULING** |
| ROBERT JAMES KASHA, et al., | ) | |
| Defendant(s). | ) | |

Attached is a tentative ruling on the outstanding discovery disputes. If either side objects to this ruling and wishes a hearing, it must request one in writing by **Monday, March 20, 2006** identifying generally the issue which it continues to dispute. The hearing will occur on **April 5, 2006 at 10:00 a.m.,** Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

If neither side objects, the ruling will become final on **March 20, 2006.** If objections are received only as to certain issues, the ruling will be final as to all other issues and discovery shall proceed as ordered.

Dated: March 15, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\HOLZ\NOTICE OF TENTATIVE.RULING.wpd

1