UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLZ LTD., | |
| Plaintiff(s), | No. C05-0244 BZ |
| v. | **CONDITIONAL ORDER OF DISMISSAL** |
| ROBERT JAMES KASHA, et al., | |
| Defendant(s). | |

The Court having been advised that the parties have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **30 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated: March 29, 2006

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\HOLZ\CONDDISMISS.wpd

1