KENNETH B. WILSON, State Bar No. 130009
  kwilson@perkinscoie.com
STEFANI E. SHANBERG, State Bar No. 206717
  sshanberg@perkinscoie.com
K.C. ALLAN, State Bar No. 231866
  kallan@perkinscoie.com
PERKINS COIE LLP
180 Townsend Street, Third Floor
San Francisco, California 94107-1909
Telephone:   (415) 344-7000
Facsimile:   (415) 344-7050

Attorneys for Defendants
ROBERT JAMES KASHA, d/b/a
BIG BANG DISTRIBUTION and
JEFF MOELLER

DARIEN K. WALLACE (SBN 139798)
T. LESTER WALLACE (SBN 159967)
SILICON EDGE LAW GROUP LLP
6601 Koll Center Parkway, Suite 245
Pleasanton, CA 94566
e-mail: Darien@SiliconEdgeLaw.com
Telephone: 925.621.2110
Facsimile: 925.621.2119

Attorneys for Plaintiff
HOLZ, LTD.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| HOLZ, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT JAMES KASHA, et al., <br><br> Defendants. | CASE NO. C05-00244 BZ <br><br> **JOINT STIPULATION EXTENDING DEADLINE TO RESTORE MATTER TO CALENDAR** |

---

JOINT STIPULATION EXTENDING
DEADLINE TO RESTORE MATTER TO CALENDAR
Case No. C05-00244 BZ

KASHA STIP TO EXTEND FOR SETTLEMENT.DOC

1  WHEREAS this Court, on March 29, 2006, issued its Conditional Order of Dismissal;

2  WHEREAS the Court set a deadline of April 28, 2006 for any party to this action to move
3  the Court to restore this matter to the calendar on the grounds that the settlement has not yet been
4  consummated;

5  WHEREAS the settlement has not yet been consummated;

6  WHEREAS the parties anticipate that the settlement should be consummated within 14
7  days;

8  WHEREAS the parties wish to preserve their right to restore this matter to the calendar in
9  the event the parties are unable to consummate the settlement;

10  WHEREAS the parties have not previously stipulated to an extension of time for this
11  purpose;

12  IT IS HEREBY STIPULATED by plaintiff Holz, Ltd. ("Holz") on the one hand, and
13  defendants Robert James Kasha, d/b/a Big Bang Distribution ("Big Bang") and Jeff Moeller on the
14  other hand, by and through their respective attorneys and pursuant to Civil Local Rules 6-2 and 7-
15  12, that the deadline to restore this matter to the Court's calendar shall be extended to May 12,
16  2006.

17

18  Dated: April 28, 2006          SILICON EDGE LAW GROUP LLP

19

20                                 By: /s/ Darien K. Wallace
21                                     Darien K. Wallace

                                   Attorneys for Plaintiff
22                                 Holz, Ltd.

23

24  Dated: April 28, 2006          PERKINS COIE LLP

25

26                                 By: /s/ Kenneth B. Wilson
                                       Kenneth B. Wilson

27                                 Attorneys for Defendants
                                   Robert James Kasha, d/b/a/ Big Bang
28                                 Distribution and Jeff Moeller

---

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 1 _____, 2006

_____
The Honorable Bernard Zimmerman
United States Magistrate Judge

*IT IS SO ORDERED*
*Bernard Zimmerman*
*Judge Bernard Zimmerman*