```
 1  KENNETH B. WILSON, State Bar No. 130009
        kwilson@perkinscoie.com
 2  STEFANI E. SHANBERG, State Bar No. 206717
        sshanberg@perkinscoie.com
 3  K.C. ALLAN, State Bar No. 231866
        kallan@perkinscoie.com
 4  PERKINS COIE LLP
    180 Townsend Street, Third Floor
 5  San Francisco, California 94107-1909
    Telephone:   (415) 344-7000
 6  Facsimile:   (415) 344-7050

 7  Attorneys for Defendants
    ROBERT JAMES KASHA, d/b/a
 8  BIG BANG DISTRIBUTION and
    JEFF MOELLER
 9

10  DARIEN K. WALLACE, State Bar No. 139798
    T. LESTER WALLACE, State Bar No. 159967
11  SILICON EDGE LAW GROUP LLP
    6601 Koll Center Parkway, Suite 245
12  Pleasanton, CA 94566
    e-mail: Darien@SiliconEdgeLaw.com
13  Telephone:   (925) 621-2110
    Facsimile:   (925) 621-2119
14
    Attorneys for Plaintiff
15  HOLZ LTD.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| HOLZ, INC., | CASE NO. C05-00244 BZ |
| Plaintiff, | **STIPULATED DISMISSAL WITH PREJUDICE** |
| v. | |
| ROBERT JAMES KASHA, et al., | |
| Defendants. | |

---

STIPULATED DISMISSAL WITH PREJUDICE
Case No. C05-00244 BZ

1　IT IS HEREBY STIPULATED by plaintiff Holz Ltd. ("Holz") on the one hand, and
2　defendants Robert James Kasha, d/b/a Big Bang Distribution ("Big Bang") and Jeff Moeller on the
3　other hand, by and through their respective attorneys, that pursuant to Federal Rule of Civil
4　Procedure 41(a), this action shall be dismissed with prejudice, with each party to bear its own costs
5　and attorneys' fees. This Court shall retain jurisdiction over the subject matter of this action.

7　Dated: May 10, 2006　　　　　SILICON EDGE LAW GROUP LLP

9　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Darien K. Wallace

　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　Holz Ltd.

12　Dated: May 10, 2006　　　　　PERKINS COIE LLP

14　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Kenneth B. Wilson

　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　Robert James Kasha, d/b/a/ Big Bang
　　　　　　　　　　　　　　　　Distribution and Jeff Moeller

19　IT IS SO ORDERED.

21　Dated: ___May 11___, 2006

　　　　　　　　　　　　　　　The _____
　　　　　　　　　　　　　　　United _____

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Bernard Zimmerman]